# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143942(23)

In re:

The Honorable SYLVIA A. JAMES,
Judge, 22nd District Court

SC: 143942
JTC: Formal Complaint No. 88

_____/

On order of the Court, the Judicial Tenure Commission's Bill of Costs is considered, and the respondent, Sylvia A. James, is ORDERED to pay costs of $16,500 to the Commission.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2012

_____
Clerk

d1204